GREGORY G. ISKANDER, Bar No. 200215
ALEXA L. WOERNER, Bar No. 267609
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
Telephone:    925.932.2468
Facsimile:     925.946.9809

Attorneys for Defendant
SIEMENS INDUSTRY, INC.

DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff
JARRID J. WHITLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JARRID J. WHITLEY, an individual, | Case No.  2:15-cv-00703-WBS-CKD |
| Plaintiff, | **ORDER RE DISMISSAL OF THE ACTION** |
| v. | |
| SIEMENS INDUSTRY, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

(CASE NO. 2:15-CV-00703-WBS-CKD)        [PROPOSED]  ORDER RE DISMISSAL OF THE ACTION

IT IS HEREBY ORDERED that the complaint and any and all claims for relief in the above-referenced matter, USDC Case No. 2:15-cv-00703-WBS-CKD are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE